NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLIED TECHNOLOGY GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**MONSTER GOVERNMENT SOLUTIONS, LLC,**
*Defendant-Appellee.*

---

2010-5131

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-120, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

Monster Government Solutions, LLC moves without opposition for leave to intervene.

The court notes that Monster intervened in the trial court on the side of the defendant. Thus, Monster should

be listed in the court's caption as a defendant-appellee, and the motion to intervene in this court is unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot. The revised official caption is reflected above.

FOR THE COURT

JUL 16 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jacob B .Pankowski, Esq.
Frederick W. Claybrook, Jr., Esq.
Michael N. O'Connell, Jr., Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 6 2010

JAN HORBALY
CLERK